**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE:<br><br>Sekou R. Brown,<br>Debtor | Case No. 18-11410-FJB<br>Chapter 13 |

**STIPULATION REGARDING SPECIALIZED LOAN SERVICING, LLC'S MOTION**
**FOR RELIEF FROM STAY**
**(50 WESTMORE ROAD, BOSTON, MA 02126-1559)**

Now comes Specialized Loan Servicing, LLC (hereinafter, "SLS") and Sekou R. Brown ("Debtor"), who stipulate and agree as follows:

1. The total post-petition arrearage as of December 7, 2018 is **$9,719.28**. This consists of the following post-petition payments and charges:

| | |
|---|---|
| Post-Petition Payments<br>  7/1/18 – 12/1/18  6 @ $1,369.91 each | $8,219.46 |
| Attorney's Fees & Costs | $1,500.00[1] |
| Suspense Balance | ($0.18) |
| **Total Amount Due** | **$9,719.28** |

2. On or before December 20, 2018, the Debtor shall make an initial down payment in the amount of $1,369.91, which, once received and applied, will reduce the aforementioned arrearage to **$8,349.37**.

3. On or before January 1, 2019 and by the 15th of each month thereafter, through June 1, 2019, the Debtor shall make payments as set forth below to cure the post-petition arrearage due on the claim:

**Stipulation Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 1/1/2019 | $1,369.91* | $1,391.56 | $2,761.47 |
| 2/1/2019 | $1,369.91* | $1,391.56 | $2,761.47 |
| 3/1/2019 | $1,369.91* | $1,391.56 | $2,761.47 |
| 4/1/2019 | $1,369.91* | $1,391.56 | $2,761.47 |
| 5/1/2019 | $1,369.91* | $1,391.56 | $2,761.47 |

---

[1] See Post Petition Fee Notice filed on July 10, 2018.

|  |  |  |  |
|---|---|---|---|
| 6/1/2019 | $1,369.91* | $1,391.57 | $2,761.48 |

*If the Debtor receives notice of a change in the regular monthly payment during the terms of the stipulation, the Debtor shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

4. Thereafter, commencing on July 1, 2019, and monthly thereafter, the Debtor shall make the regular monthly post-petition payments in the amount of $1,369.91, subject to change pursuant to the terms of the Note and Mortgage.

All payments under this stipulation should be made payable to the servicer, Specialized Loan Servicing, LLC, and sent to the following address:

Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129
.

5. **IF THE DEBTOR FAILS TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPHS TWO OR THREE OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON SLS FILING A CERTIFICATE OF NON-COMPLIANCE, AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE.  A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT.  THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this seventeenth day of December, 2018.

| | |
|---|---|
| Specialized Loan Servicing LLC,<br>By its attorney,<br><br>/s/ Jason J. Giguere<br>Jason J. Giguere, Esquire<br>BBO#  667662<br>Harmon Law Offices, P.C.<br>PO Box 610389<br>Newton Highlands, MA 02461<br>(617)558-0500<br>mabk@harmonlaw.com | Sekou R. Brown,<br>By his attorney,<br><br>/s/ Gail M. Lareau<br>Gail M. Lareau, Esquire<br>BBO # 286820<br>583 Chestnut Street, Suite 7A<br>Lynn, MA 01904<br>Phone: (781) 595-3535<br>Email: gail@gaillareaulawoffice.com |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Sekou R. Brown,
Debtor

Case No. 18-11410-FJB
Chapter 13

## CERTIFICATE OF SERVICE

I, Jason J Giguere, state that on December 17, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Specialized Loan Servicing LLC using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Gail Lareau
Carolyn Bankowski
John Fitzgerald

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Sekou R. Brown
50 Westmore Road
Boston, MA 02126-1559

Sherman R. Brown
50 Westmore Road
Boston, MA 02126-1559

Etta M. Brown
50 Westmore Road
Boston, MA 02126-1559

City Tax Office
1 City Hall Square
Boston, MA 02201

Respectfully submitted,

Specialized Loan Servicing LLC,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
Harmon Law Offices, P.C.

PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: December 17, 2018