

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SEKOU R BROWN,<br>    Debtor | Ch. 13<br><br>18-11410-FJB |

### Order

**MATTER:**

#55 Motion filed by Creditor Specialized Loan Servicing, LLC for Relief from Stay Re: 50 Westmore Road, Boston, MA 02126-1559

Pursuant to the approved stipulation between the parties and the movant's uncontroverted affidavit of the debtor's noncompliance therewith, the movant is hereby granted relief from the automatic stay to exercise its rights as to the property and, until a discharge is entered, to preserve its rights as to a potential deficiency.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 4/1/2020